# Exhibit C

Case 3:12-cv-00436-DPJ-FKB Document 1-3 Filed 06/27/12 Page 1 of 3

HOUSE OF REPRESENTATIVES



STATE OF MISSISSIPPI

SAM C. MIMS, V.
District 97
Adams, Amite, Franklin
Lawrence, Pike and
Walthall Counties
605 Lakeshore Drive
McComb, Mississippi 39648

Office: (601) 395-8028
Res: (601) 684-5143
Fax: (601) 684-0251
smims@house.ms.gov

COMMITTEE ASSIGNMENTS:
Public Health and Human Services
Chairman
Appropriations
Conservation and Water Resources
Judiciary B
Judiciary En Banc
Youth and Family Affairs

June 20, 2012

Dr. Mary Currier, State Health Officer
Mississippi State Department of Health
570 East Woodrow Wilson Drive
Jackson, MS 39216

RE: **ENFORCEMENT OF HOUSE BILL #1390**

Dear Dr. Currier:

House Bill 1390, which requires all physicians who perform abortions in abortion facilities in our state to have admitting and staff privileges at a local hospital and be board certified in obstetrics and gynecology, becomes law on July 1, 2012. I'm sure you are aware of this bill due to the attention focused on it both before and after the 2012 legislative session. As the licensing agency for abortion facilities, the State Department of Health is responsible for enforcing the various provisions of House Bill 1390.

I am certainly aware that the Health Facilities Licensure Division is responsible for regulatory and enforcement duties on many types of facilities and does so with a limited number of employees. However, as the author of HB 1390, this legislation was one of my priorities as chairman of the Public Health and Human Services Committee, and I consider it to be an important accomplishment.

In your important role as State Health Officer, I would respectfully ask that you personally insure that the provisions of HB 1390 are fully enforced by the department on the first business day after the law's effective date of July 1, 2012.

Dr. Mary Currier
June 20, 2012
Page Two

Accordingly, I would expect that any abortion facility in Mississippi that is staffed by a physician or physicians without hospital admitting and staff privileges and not board-certified or eligible in obstetrics and gynecology must immediately cease performing abortions until such time as the requirements of House Bill 1390 have been met.

Dr. Currier, I shall greatly appreciate your consideration and attention in addressing this matter of great importance to me. If you wish to further discuss this request, please contact me.

Sincerely,

Sam C. Mims, V

cc: Governor Phil Bryant
    Lt. Governor Tate Reeves
    Speaker of the House Philip Gunn
    Dr. Luke Lampton, Chairman