# Exhibit G



## MISSISSIPPI STATE DEPARTMENT OF HEALTH

May 29, 2012

Ms. Diane Derzis
Jackson Women's Health Organization
2903 North State Street
Jackson, MS 39216

Dear Ms. Derzis:

I received your letter, dated May 15, 2012, requesting that the Department of Health suspend enforcement of the privileges requirement, as outlined in House Bill 1390, during the license renewal period, or for a period of one year, while the Clinic makes efforts to comply with the requirement. Jackson Women's Health Organization's current license expires June 30, 2012. Review of the Department's records reflect that this licensed entity reached compliance with the State's licensure regulations as evidenced by findings of the last survey visit on April 12, 2012; therefore, a renewal license may be issued.

House Bill 1390 does not contain a provision that will allow the Department to suspend enforcement of the law. This new law requiring that each physician have "admitting privileges in a local hospital and staff privileges to replace local hospital on-staff physicians" does go into effect July 1, 2012. The Department will propose revisions to the *Minimum Standards of Operation of Abortion Facilities* and the *Minimum Standards of Operation of Ambulatory Surgical Facilities* that reference this law for approval at the upcoming July 11, 2012 Board of Health meeting.

The Department does appreciate your interest in assuring that the clinic physicians are credentialed in a local hospital and that your clinic meets the statutory requirements of the new law. We also understand the difficult task of this undertaking. However, without having a legal option allowing such suspension, the Department will review for Jackson Women's Health's compliance, to include compliance with this new law, as part of Jackson Women's Health next annual survey.

Sincerely,

*Mary Currier*

Mary Currier, MD, MPH
State Health Officer

570 East Woodrow Wilson • Post Office Box 1700 • Jackson, MS 39215-1700
1-866-HLTHY4U • www.HealthyMS.com
*Equal Opportunity in Employment/Services*