# Exhibit H



MISSISSIPPI STATE DEPARTMENT OF HEALTH

June 25, 2012

**VIA HAND DELIVERY**

Diane Derzis, Owner
Jackson Women's Health Organization
2903 North State Street
Jackson, MS 39215

**Re:** Enforcement of House Bill 1390
Notice of Statutory Requirement

Dear Ms. Derzis:

During the 2012 Mississippi Legislative Session, the Legislature adopted House Bill 1390 which states in pertinent part, "All physicians associated with the abortion facility must have admitting privileges at a local hospital and staff privileges to replace local hospital on-staff physicians. All physicians associated with an abortion facility must be board certified or eligible in obstetrics and gynecology. and a staff member trained in CPR shall always be present at the abortion facility when it is open." This law becomes effective July 1, 2012.

As the Mississippi State Department of Health (MSDH) is the licensing agency responsible for regulation and enforcement duties, please be advised that compliance with this new law on or by the effective date of July 1, 2012, as well as compliance with all other components of the *Minimum Standards of Operation for Abortion Facilities*, is imperative should you wish to remain licensed and operate an abortion facility in the State of Mississippi. Please provide MSDH documentation reflective of Jackson Women's Health Organization's full compliance with the new law on or before the July 1, 2012 effective date. Such information may be mailed to Mary Gervin, Director of Health Facilities, Non-Long Term Care, Post Office Box 1700, Jackson, MS 39215 or faxed to 601-364-5055.

MSDH appreciates your efforts to comply with the new law and your cooperation in providing us evidence of your compliance. Should you have questions, please do not hesitate to contact our office at 601-364-1100.

Sincerely,

Vickey Berryman, Director
Office of Licensure

cc: Mary Currier, MD, MPH
State Health Officer