## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| JACKSON WOMEN'S HEALTH ORGANIZATION, on behalf of itself and its patients, et al | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO.: 3:12CV436-DPJ-FKB |
| MARY CURRIER, M.D., M.P.H., in her official capacity as State Health Officer of the Mississippi Department of Health, et al. | **DEFENDANTS** |

## DEFENDANTS' RESPONSE TO MOTION TO LIFT STAY

COME NOW Defendants, Mary Currier and Robert Schuler Smith, in their official capacities, and respectfully respond to Plaintiffs' Motion to Lift Stay [Doc. 166] as follows, to-wit:

Defendants agree that it is appropriate for the stay to be lifted. However, the positions of the parties as to what discovery remains to be completed are not totally in accord. Therefore, the parties have conferred and are working in good faith to resolve any disagreement(s) and are hopeful that an agreed scheduling order may be presented to the Court in the very near future.

Based on the foregoing, Defendants respectfully request that the parties be permitted fourteen (14) days to resolve any disagreement(s) and submit a proposed agreed scheduling order to the Court, or, if the parties are unable to agree in good faith, each party should submit a proposed scheduling order within that same time period. Defendants also respectfully suggest that a telephonic status conference would be helpful to the parties.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court enter an order:

a. Lifting the stay of discovery;

b. Allowing the parties fourteen (14) days to resolve any disagreement(s) and submit a proposed agreed scheduling order to the Court, and that in the event that the parties are unable to agree in good faith, each party should submit a proposed scheduling order to the Court; and

c. Setting a telephonic status conference to resolve any scheduling issues.

RESPECTFULLY SUBMITTED, this the 14th day of October, 2016.

**MARY CURRIER, M.D., M.P.H., in her official capacity as State Health Officer of the Mississippi Department of Health, and ROBERT SHULER SMITH, District Attorney of Hinds County, Mississippi, DEFENDANTS**

BY: **JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI**

BY: *s/ Paul E. Barnes*
PAUL E. BARNES, MSB No. 99107
WILSON MINOR, MSB No. 102663
SPECIAL ASSISTANT ATTORNEYS GENERAL

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205
Telephone No.: (601) 359-4027
Facsimile No.: (601) 359-2003
pbarn@ago.state.ms.us

-2-

## CERTIFICATE OF SERVICE

       I, Paul E. Barnes, Special Assistant Attorney General for the State of Mississippi, do hereby certify that on this date I caused the above and foregoing document to be filed with the Clerk of the Court using the ECF electronic filing system which sent electronic notification of same to the following:

Robert M. McDuff
Sibyl C. Byrd
Jacob W. Howard
MCDUFF & BYRD
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com
scb@mcdufflaw.com
jake@mcdufflaw.com

Hillary Schneller - PHV
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
hschneller@reprorights.org

Julie Rikelman - PHV
CENTER FOR REPRODUCTIVE RIGHTS
120 Wall Street, 14th Floor
New York, NY 10005
jrikelman@reprorights.org

Aaron S. Delaney
PAUL, WEISS, RIFKIND, WHATON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
adelaney@paulweiss.com
ATTORNEYS FOR PLAINTIFFS

LaShundra B. Jackson-Winters-City Gov
OFFICE OF THE CITY ATTORNEY - Jackson
P. O. Box 2779
455 E. Capitol St. (39201)
Jackson, MS 39207-2779
lwinters@city.jackson.ms.us
ATTORNEY FOR BARBARA A. BLUNTSON

THIS the 14th day of October, 2016.

              *s/ Paul E. Barnes*
              Paul E. Barnes