UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON WOMEN'S HEALTH
ORGANIZATION, et al.                                                                             PLAINTIFFS

v.                                                            CIVIL ACTION NO. 3:12cv436-DPJ-FKB

MARY CURRIER, M.D., M.P.H., et al.                                                      DEFENDANTS

ORDER

This case is before the Court on Plaintiffs' Motion for Partial Summary Judgment [180]. Plaintiffs ask the Court to convert the partial Preliminary Injunction [81], which the Fifth Circuit affirmed as modified [157], into a partial permanent injunction in light of the United States Supreme Court's decision in *Whole Woman's Health v. Hellerstedt*, 136 S. Ct. 2292 (2016). While they disagree with the holding, Defendants "acknowledge that the *Hellerstedt* opinion is binding on both this Court and the Fifth Circuit" and agree that they "cannot identify any meaningful distinction between the Texas admitting privileges law struck down in *Hellerstedt* and the admitting privileges requirement of H.B. 1390." Defs.' Resp. [189] at 2; *see also Jackson Women's Health Org. v. Currier*, 760 F.3d 448, 454 n.5 (5th Cir. 2014) ("The Texas law at issue in [*Hellerstedt*] and H.B. 1390 are substantively identical."). Accordingly, Plaintiffs' Motion [180] is granted. Defendants are permanently enjoined from any and all forms of enforcement of the admitting privileges requirement of H.B. 1390 against Plaintiffs.

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2017.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE